## Commonwealth v. Miller, Appellant.

Before STRANAHAN, P. J.

Argued November 15, 1974. *Henry J. Russo,* Assistant Public Defender, with him *Michael J. Wherry,*

Public Defender, and *Anna Belle Jones,* and *Stranahan and Stranahan,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.